SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #052039**
Leah.Bolstad@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-cr-00208-AB |
| v. | GOVERNMENT'S SRV SANCTION MEMORANDUM |
| **ANTHONY JAMES BELZ,** | |
| **Defendant.** | |

In light of the admitted violations of supervision, including a new law violation for Attempt to Elude and then absconding supervision, defendant is no longer suitable for community supervision. The government agrees with Probation that this Court should revoke his term, impose a 10-month sanction, and reimpose supervised release for 38 months.

Dated: February 25, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Leah K. Bolstad*
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney